RECEIVED
JUL 2 5 2023
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:23-CR-00035 |
| v. | INDICTMENT |
| KATE KATHLEEN LA RAINE CROSS, | T. 18 U.S.C. § 1347 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Health care fraud)

I. Background

1. At times material to this Indictment:

   a. Defendant, KATE KATHLEEN LA RAINE CROSS, a licensed mental health counselor (LMHC), owned Cross Therapy Center (CTC), and was in the business of providing counseling, psychotherapy, and other professional services which would be billed to Iowa Medicaid.

   b. Medicaid was a health care benefit program within the meaning of Title 18, United States Code, Section 24(b) that provided free or below-cost health care benefits to certain eligible beneficiaries, primarily low-income individuals.

   c. To submit claims for payment to health care benefit programs, providers used codes developed by the American Medical Association ("AMA") to identify the medical procedures and services that had been performed. The codes were from the AMA's Physicians Current Procedural

Terminology ("CPT") system, which was published in the AMA Current Procedural Terminology Manual ("CPT Manual"). The health care benefit programs used the CPT codes to determine what, if any, amount to pay to the provider as reimbursement for the purported service.

d. Reimbursement rates for the CPT codes are set through a fee schedule, which establishes the maximum amount that the provider will be paid for a given service, as identified by the CPT code.

e. CPT codes 90832 and 90834, among others, were for visits with established patients and required a medically appropriate history and/or examination of the patient. The particular code used depended on the level of care required, typically higher codes were used when an encounter was more complex or required more time. Health care benefit programs typically reimburse providers at higher amounts for the higher codes.

f. Providers are required to submit certain claim information to health care benefit programs, including Medicaid, for reimbursement for covered services provided to patients. Required claim information included the beneficiary's name; his/her insurance number; his/her date of birth; the health care services provided; the diagnosis; the location where the health care services were provided; the name and National Provider Identifier of the individual providing the health care services; and the charge for each health care service provided.

    g. The health care benefit programs paid for services that were covered by a patient's insurance policy and for which a representation had been made that the services were actually provided to the patient and were medically necessary.

2. Beginning on a date unknown, but at least as early as October 1, 2020, through September 30, 2021, in the Southern District of Iowa, the defendant, KATE KATHLEEN LA RAINE CROSS, participated in a scheme to defraud a health care benefit program, namely, Iowa Medicaid, a health care benefit program as defined in Title 18, United States Code, Section 24(b), to obtain by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of a health care benefit program, in connection with the delivery of and payment for health care benefits and services, which scheme is further described below.

3. It was part of the scheme that defendant knowingly submitted, or caused to be submitted, in order to claim a greater reimbursement amount from Iowa Medicaid, fraudulently overstated the length of telemedicine psychotherapy visits, using CPT codes 90832 and 90834, for sessions that did not qualify for those CPT codes.

    a. CPT code 90832 requires a minimum session of 16 minutes of individual psychotherapy. A provider would receive $100 for a claim under 90832. There is no CPT code for a session under 16 minutes and such session cannot be submitted to Iowa Medicaid.

    b. CPT code 90834 requires a minimum session of 38 minutes of individual psychotherapy. A provider would receive $130 for a claim under 90834.

4. It was further part of the scheme that defendant fraudulently obtained at least approximately $14,000 dollars from Iowa Medicaid for services that were not provided as billed.

In violation of Title 18, United States Code, Section 1347.

**A TRUE BILL.**

                                                FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Corey T. Rothrock
Assistant United States Attorney